**E-filed 2/8/07**

1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Suite 200
   San Francisco, CA 94108
3  (415) 956-5513

4  Attorney for Petitioner,
   Daniel Agonafer.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AGONAFER,<br><br>     Petitioner,<br><br>     v.<br><br>MICHAEL CHERTOFF, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY; ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES; CHARLES DEMORE, SPECIAL AGENT-IN-CHARGE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; NANCY ALCANTAR, FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>     Respondents. | No. 06-7333 JF<br><br>STIPULATED DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER |

Pursuant to Civil Local Rule 7, Petitioner Daniel Agonafer, through counsel, requests that his habeas petition currently pending before the Court be dismissed without prejudice. Subsequent to the filing of his habeas, Respondents released Mr. Agonafer from their custody.

On February 2, 2007, counsel for Mr. Agonafer spoke with Assistant U.S. Attorney Edward Olsen about this case. Mr. Olsen confirmed that voluntary dismissal without prejudice of Mr. Agonafer's habeas petition is appropriate in this case.

WHEREFORE, Petitioner prays that this Court allow him to voluntarily dismiss his habeas petition, without prejudice.

DATED: February 5, 2007            /s/
                                   _____
                                   Robert B. Jobe[1]
                                   LAW OFFICE OF ROBERT JOBE
                                   550 Kearny Street, Ste. 200
                                   San Francisco, CA 94108
                                   (415) 956-5513

                                   Attorney for Petitioner

DATED: February 5, 2007            Kevin V. Ryan
                                   United States Attorney

                                        /s/
                                   _____
                                   Edward A. Olsen
                                   Assistant U.S. Attorney

                                   Attorneys for Respondents

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Petitioner's motion for dismissal of the action without prejudice be granted.

DATED: 2/8/07                      _____
                                   JEREMY FOGEL
                                   UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Edward A. Olsen and I have signed this stipulation.